In the Matter of FRANCIS W. EGAN, Respondent.
CARROLL E. MEALEY, as Commissioner of Motor Vehicles of the State of New York, Appellant.

Argued April 6, 1943; decided May 27, 1943.

*Nathaniel L. Goldstein,* Attorney-General *(Orrin G. Judd, Wendell P. Brown* and. *Edward J. Gretchen* of counsel), for appellant.

*Oscar J. Brown* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., RIPPEY, CONWAY and DESMOND, JJ. Dissent: LOUGHRAN and LEWIS, JJ. Taking no part: FINCH, J.